IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,

      Plaintiff,                     No. CIV S-10-3055 DAD P

   vs.

ANDREA ROGERS, et al.,

      Defendants.              ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: March 17, 2011.

                                           /s/ Dale A. Drozd
                                           DALE A. DROZD
DAD:9                                      UNITED STATES MAGISTRATE JUDGE
lewi3055.59