IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,

     Plaintiff,                     No. 2:10-cv-3055 DAD P

     vs.

ANDREA ROGERS, et al.,

     Defendants.             ORDER

        Plaintiff, a state prisoner proceeding pro se, commenced this action on November 12, 2010, by filing a civil rights complaint. On December 29, 2010, plaintiff filed a motion to voluntarily withdraw that complaint. Pursuant to Fed. R. Civ. P. 41(a), the court honored plaintiff's request and dismissed the case.

        Pending before the court is plaintiff's motion to re-open this case. Plaintiff has also filed an amended civil rights complaint. Plaintiff is advised that this action is closed. However, the court previously dismissed this action without prejudice. Dismissal without prejudice permits plaintiff to file a new civil rights action if he so desires. However, if or when plaintiff decides to file a new action, he should not use the case number assigned to this action on any new complaint he elects to file with the court. Plaintiff is also advised that the court will disregard any further documents he files bearing the case number of this closed action.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to re-open this
2 case (Doc. No. 9) is denied without prejudice to plaintiff filing his complaint as a new action.
3 DATED: August 14, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lewi3055.closed